IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-78-AP

SYLVIA J. GARICA,
        Plaintiff,

        v.

CAROLYN W. COLVIN,
        Acting Commissioner of Social Security,
        Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

_____

**1.       APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Rachael A. Lundy
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

For Defendant:
John F. Walsh
United States Attorney

J. Benedict García
Assistant United States Attorney
United States Attorney's Office
J.B.Garcia@usdoj.gov

David I. Blower
DAVID I. BLOWER
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
303-844-1571
303-844-0770 (facsimile)
David.blower@ssa.gov

2.       **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction under the Social Security Act, 42 U.S.C. §§ 405(g), 1383(c)(3).

3.       **DATES OF FILING OF RELEVANT PLEADINGS**

    A.       **Date Complaint Was Filed:  January 9, 2014**

    B.       **Date Complaint  Was Served on U.S. Attorney's Office:  February 21, 2014**

    C.       **Date Answer and Administrative Record Were Filed:  April 21, 2014**

4.       **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.

To the best of her knowledge, Defendant states that the record is complete and accurate.

5.       **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6.       **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

7.       **OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other matters to bring to the attention of the Court.

8.       **BRIEFING SCHEDULE**

    A.       **Plaintiff's Opening Brief Due:**          **June 23, 2014**

    B.       **Defendant's Response Brief Due:**          **July 23, 2014**

    C.       **Plaintiff's Reply Brief (If Any) Due:**   **August 7, 2014**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

    **A.      Plaintiff's Statement: Plaintiff does not request oral argument.**

    **B.      Defendant's Statement: Defendant does not request oral argument.**


**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

<u>*Indicate below the parties' consent choice*</u>.

    **A.      ( X )     All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.      (  )      All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***


    DATED this 9th day of May, 2014.

                      BY THE COURT:


                      *s/John L. Kane*
                      U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY
John F. Walsh
United States Attorney

s/ Rachael A. Lundy
402 W. 12th Street
Pueblo, CO 81003
719-543-8636
719-543-8403 (facsimile)
seckarlaw@mindspring.com

By: s/ David I. Blower
Special Assistant U.S. Attorney
1961 Stout St., Suite 4169
Denver, CO 80294-4003
303-844-1571
303-844-0770 (facsimile)
david.blower@ssa.gov

Attorney for Plaintiff

Attorneys for Defendant